# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HECTOR HERNANDEZ-LUNA,**

      **Plaintiff,**

**-vs-**                                                  **Case No. 6:12-cv-575-Orl-28TBS**

**W.K. EVENTS, INC., INTERSTATE AMUSEMENTS OF AMERICA, INC.,**

      **Defendants.**

_____

# ORDER

This case is before the Court on the Re-Executed Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. No. 18) filed August 20, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed August 22, 2012 (Doc. No. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Re-Executed Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. No. 18) is **GRANTED**.

3. The Court finds that the Settlement Agreement is a fair and reasonable resolution of a bona fide dispute over Fair Labor Standard Act claims.

4. The Settlement Agreement is **APPROVED**.

5. This case is **dismissed with prejudice**.

6. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 12th day of September, 2012.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

JOHN ANTOON II
United States District Judge